UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF A CRIMINAL COMPLAINT
CHARGING RICHARD TEPLITSKY WITH
VIOLATIONS OF TITLE 18, UNITED STATES CODE,
SECTIONS 1341 AND 1343

26-MJ-5127
(Filed Under Seal)

## ORDER

Pursuant to Rule 55 of the Local Rules of Criminal Procedure for the Western District of New York, and for good cause shown, the Criminal Complaint, Criminal Complaint Affidavit and Arrest Warrant are requested to remain under seal until further order of the Court.

NOW, upon the request of the government, it is hereby

ORDERED that the Criminal Complaint, Criminal Complaint Affidavit, and Arrest Warrant will remain under seal until further order of the Court.

DATED: Buffalo, New York, April 20, 2026

_____
HONORABLE MICHAEL J. ROEMER
United States Magistrate Judge