UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

      v.

RICHARD TEPLITSKY,

          Defendant.

_____

**26-MJ-5127-MJR**

**NOTICE OF MOTION**

| | |
|---|---|
| **MOTION BY:** | Brian P. Comerford, Supervisory Assistant Federal Public Defender |
| **DATE, TIME & PLACE:** | Before the Honorable Michael J. Roemer, United States Magistrate Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers submitted.** |
| **SUPPORTING PAPERS:** | Affirmation of Supervisory Assistant Federal Public Defender Brian P. Comerford, dated May 14, 2026 |
| **RELIEF REQUESTED:** | Withdraw as Counsel and Assignment of CJA Counsel. |
| **DATED:** | Buffalo, New York, May 14, 2026 |

**/s/  Brian P. Comerford**
Brian P. Comerford
Supervisory Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
brian_comerford@fd.org
*Counsel for Defendant*

**TO:**   Paul E. Bonanno
       Assistant United States Attorney
       Western District of New York
       138 Delaware Avenue, Federal Centre
       Buffalo, New York 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,                                    **26-MJ-5127-MJR**

      v.

                                           **AFFIRMATION**

RICHARD TEPLITSKY,

          Defendant.

_____

        **BRIAN P. COMERFORD,** affirms under penalty of perjury that:

1.      I represent the defendant, Richard Teplitsky. I was assigned to this case on May 5, 2026.

2.      I have learned that my office has a conflict of interest in this case.

3.      I respectfully request that the Court assign counsel from the CJA panel.

        **DATED**:          Buffalo, New York, May 14, 2026

                                 Respectfully submitted,

                                 **/s/  Brian P. Comerford**
                               Brian P. Comerford
                               Supervisory Assistant Federal Public Defender
                               Federal Public Defender's Office
                               300 Pearl Street, Suite 200
                               Buffalo, New York 14202
                               (716) 551-3341, (716) 551-3346 (Fax)
                               brian_comerford@fd.org
                               *Counsel for Defendant*

**TO:**   Paul E. Bonanno
       Assistant United States Attorney
       Western District of New York
       138 Delaware Avenue, Federal Centre
       Buffalo, New York 14202